IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-20073-CM |
| **NORMAN SHAW, JR.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MEMORANDUM AND ORDER

This case is before the court on another motion relating to restitution ordered in a case in the United States District Court for the District of Alaska—defendant's Motion to Vacate Restitution Order Pursuant to 18 USC 3613(b) (Doc. 135). The Tenth Circuit has previously held that this court lacks jurisdiction to rule on a motion related to restitution ordered in the District of Alaska (Doc. 102). This court dismissed defendant's last motion on this matter for lack of jurisdiction (Doc. 103). The same result is required here.

The court therefore dismisses plaintiff's motion to vacate the District of Alaska's restitution order (Doc. 135) without prejudice to its re-filing in the appropriate district.

**IT IS SO ORDERED**.

Dated this  27th  day of March, 2018, at Kansas City, Kansas.

> **s/ Carlos Murguia**
> **CARLOS MURGUIA**
> **United States District Judge**

-1-