IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**United States of America,**

      **Plaintiff,**

v.                                                **Case No. 05-20073-01-JWL**

**Norman Shaw Jr.,**

      **Defendant.**

## MEMORANDUM AND ORDER

The defendant pleaded guilty in 2006 to entering a bank with intent to rob it and to bank robbery, both in violation of 18 U.S.C. § 2113(a). The district court assigned to the case at the time sentenced him to 165 months imprisonment.  While incarcerated, the defendant was convicted of possessing heroin in a federal correctional institution.  The defendant was sentenced in the Central District of Illinois to 60 months imprisonment to run consecutive to the sentence imposed in this case.  His projected release date is February 23, 2022.

The defendant has now filed a motion for compassionate release (doc. 146) in this court as well as in the Central District of Illinois.  As noted by the government, this court must dismiss the defendant's motion for lack of jurisdiction.  The sentence imposed in this case has been discharged and he is presently serving the sentence imposed by the Central District of Illinois.  Any claim for compassionate release under 18 U.S.C. § 3582(c) must be filed in the sentencing court, which in this case is the Central District of Illinois.  *See United States v. Raia*, 954 F.3d 594, 596 (3rd Cir. 2020) (compassionate release motions must be directed to sentencing court).

**IT IS THEREFORE ORDERED BY THE COURT THAT** the defendant's motion for compassionate release (doc. 146) is dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2020, at Kansas City, Kansas.

*s/ John W. Lungstrum*
John W. Lungstrum
United States District Judge