IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**United States of America,**

       **Plaintiff,**

**v.**                                                   **Case No. 05-20073-JWL**

**Norman Shaw, Jr.,**

       **Defendant.**

## MEMORANDUM & ORDER

On November 8, 2022, the court revoked defendant's supervised release after finding defendant in violation of the terms of his supervised release. The court sentenced defendant to twenty-one months imprisonment and one year of supervised release. Thereafter, defendant filed several pro se motions for relief, including a motion to correct sentence pursuant to Rule 35(a); a motion for relief from judgment pursuant to Rule 60(b); a motion to amend his previously filed motion to correct sentence pursuant to Rule 35(a); a motion to appoint counsel for a limited purpose; and a motion to transfer supervision to another district. The court denied the motion to appoint counsel and dismissed the remaining motions for lack of jurisdiction.

Defendant has appealed the court's revocation judgment to the Tenth Circuit. He has now filed a motion for a certificate of appealability (doc. 223) pursuant to 28 U.S.C. § 2253(c)(2). The need for a certificate of appealability, however, only applies to habeas corpus proceedings and proceedings under 28 U.S.C. § 2255. *See* 28 U.S.C. § 2253(c) (requiring a certificate of appealability in order to appeal those types of proceedings). This case is not a habeas corpus or a

§ 2255 proceeding. Accordingly, plaintiff does not need to obtain a certificate of appealability to appeal this case. The motion is denied.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion for certificate of appealability (doc. 223) is denied.

**IT IS SO ORDERED.**

Dated this 5th day of April, 2023, at Kansas City, Kansas.

                                          s/John W. Lungstrum
                                          HON. JOHN W. LUNGSTRUM
                                          United States District Judge