**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

**United States of America,**

       **Plaintiff,**

**v.**                              **Case No. 05-20073-JWL**

**Norman Shaw, Jr.,**

       **Defendant.**

## <u>MEMORANDUM & ORDER</u>

On November 8, 2022, the court revoked defendant's supervised release after finding defendant in violation of the terms of his supervised release. The court sentenced defendant to twenty-one months imprisonment and one year of supervised release. Thereafter, defendant filed several pro se motions for relief, including a motion to correct sentence pursuant to Rule 35(a); a motion for relief from judgment pursuant to Rule 60(b); a motion to amend his previously filed motion to correct sentence pursuant to Rule 35(a); a motion to appoint counsel for a limited purpose; and a motion to transfer supervision to another district. The court denied the motion to appoint counsel and dismissed the remaining motions for lack of jurisdiction.

Defendant has appealed the court's revocation judgment to the Tenth Circuit. He then filed a motion for a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2). The court denied that motion on April 5, 2023. The court has now received another motion for a certificate of appealability (doc. 225) that is duplicative of the first motion. For the same reasons that the court explained when it denied the first motion, this motion is also denied. In short,

plaintiff does not need to obtain a certificate of appealability to appeal this case. The motion is denied.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion for certificate of appealability (doc. 225) is denied.

**IS SO ORDERED.**

Dated this 14th day of April, 2023, at Kansas City, Kansas.

s/John W. Lungstrum
HON. JOHN W. LUNGSTRUM
United States District Judge